PROB 12A
(12/98)
ALLPHIN, Heather
1:02CR00091



# United States District Court

for

## Southern District of Ohio

2007 AUG 30 AM 7:54

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## Report on Offender Under Supervision

Name of Offender: **Heather Allphin**   Case Number: **1:02CR00091**

Name of Sentencing Judicial Officer:   **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence:   **October 25, 2002**

Original Offense:   **Bank Larceny, a Class C Felony, in violation of 18 U.S.C. § 2113(b).**

Original Sentence:   **60 months probation**

Type of Supervision: **Probation**   Date Supervision Commenced: **October 25, 2002**

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 (condition 3) "The Defendant shall report to the probation officer as directed by the probation officer or the Court and shall submit a truthful and complete written report within the first five days of each month." | The offender has not submitted a monthly report since December 2006. |
| #2 (condition 6) "The Defendant shall pay any unpaid balance of her restitution obligation." | Allphin was ordered to pay restitution of $20,000. As of this report, she owes a balance of $18,200. |

U.S. Probation Officer Action: Heather Allphin was sentenced to a five year term of probation on October 25, 2006 after being convicted of Bank Larceny, in violation of 18 U.S.C. § 2113(b). Her term of supervision will expire on October 24, 2007.

This officer is writing to advise the Court that Allphin has failed to make regular payments toward her restitution or to submit her monthly reports as required. Allphin initially made one $100 payment in November 2002, but she made no payments until she submitted a $200 payment in February 2006. No further payments were made until this officer admonished the offender and she made payments totaling $500 between October 2006 and January 2007. However, she stopped making additional payments until July 2007. At that time, this

PROB 12A
(12/98)
ALLPHIN, Heather
<u>1:02CR00091</u>

officer confronted the offender and she submitted a $1,000 payment on July 24, 2007. She submitted a $100 payment the following month. It is noted Allphin has not submitted a monthly report since December 2006.

As noted, on July 24, 2007, this officer confronted Allphin again about her payments and monthly reports. She then submitted a $1,000 money order. According to Allphin, it has not been her intention to avoid payments. She stated that she is experiencing a great deal of shame regarding her commission of the instant offense, and any activity that recalled her offense (such as making payments and submitting monthly reports) caused her emotional pain. She therefore avoided her responsibilities to the Court. To demonstrate her willingness to pay her restitution, Allphin signed a Notice of Consent Agreement agreeing to pay off her restitution obligation at a rate of $100 per month. According to the Financial Litigation Unit of the United States Attorney's Office, Allphin's wages will be garnished if she does not make voluntary payments. She has maintained full-time gainful employment and her job is of great importance to Allphin. She has not been charged with any new violations of the law, and has otherwise complied with the conditions of her supervision. As the United States Attorney's Office can pursue collections and Allphin has otherwise been compliant with her terms of supervised release, it is this officer's recommendation that the Court take no action against her, and that her term of supervision be allowed to expire as scheduled on October 24, 2007.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]* | by | *[signature]* |
|  | **Thomas Barbeau** |  | **Robert C. Frommeyer** |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date: **August 29, 2007** |  | Date: 8/29/07 |

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

8/29/07
Date